IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ANNA GILL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ALIGN TECHNOLOGY, INC.**,<br><br>*Defendant,* | Case No. 2:21-00631-JPS |

## STIPULATION OF DISMISSAL

Plaintiff Anna Gill and Defendant Align Technology, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this August 15, 2022.

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman (FL Bar no. 30188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Counsel for Plaintiff and the putative Class*

*/s/ Livia M. Kiser*
Livia M. Kiser
**KING & SPALDING LLP**
110 N. Wacker Dr.
Suite 3800
Chicago, IL 60606
(312) 764 6911
lkiser@kslaw.com

*Counsel for Defendant Align Technology, Inc.*