# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANNA GILL,<br><br>      Plaintiff,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>      Defendant. | Case No. 21-CV-631-JPS<br><br>**ORDER** |

  On May 20, 2021, Plaintiff filed a putative class action complaint in the above-captioned matter, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227. ECF No. 1. No class was certified in this action. On August 15, 2022, the parties filed a stipulation dismissing the action against Defendant with prejudice as to Plaintiff's individual claims and without prejudice as to the prospective claims of any other member of the putative class, and without costs. ECF No. 50. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and because Federal Rule of Civil Procedure 23(e) does not apply, the Court will adopt the stipulation of dismissal.

  Accordingly,

  **IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 50, be and the same is hereby **ADOPTED**;

  **IT IS FURTHER ORDERED** that Plaintiff's motion to compel, ECF No. 34, be and the same is hereby **DENIED as moot**;

  **IT IS FURTHER ORDERED** that Defendant's motion for summary judgment, ECF No. 41, be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that Defendant's motion to seal four attachments to its submission filed on July 15, 2022, ECF No. 36, be and the same is hereby **GRANTED**. Pursuant to General Local Rule 79(d), Defendant's submissions, ECF Nos. 37-7, 37-8, 37-9, and 37-10, will be **SEALED** until further order of this Court; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** as to Plaintiff's individual claims and **DISMISSED without prejudice** as to the prospective claims of any other member of the putative class, and without costs.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge